UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIF

| | |
|---|---|
| YACUB AVICENNA MCCLENDON,<br><br>         Petitioner,<br><br>    v.<br><br>TIM VIRGA,<br><br>         Respondent.<br>_____/ | 1:12-cv-00927 MJS (HC)<br><br>ORDER DISREGARDING<br>APPLICATION TO PROCEED<br>IN FORMA PAUERIS AS MOOT<br><br>(Doc. 6) |

     Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On June 25, 2012, Petitioner filed an application to proceed in forma pauperis. Due to the fact that Petitioner was authorized to proceed in forma pauperis on June 8, 2012, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   July 3, 2012                /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE