UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YACUB AVICENNA MCLENDON,<br><br>          Petitioner,<br><br>     v.<br><br>TIM VIRGA,<br><br>          Respondent. | 1:12-cv-00927-LJO-MJS (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Doc. 32) |
|---|---|

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On April 4, 2016, petitioner filed an application to proceed in forma pauperis. Due to the fact that Petitioner's appeal for this action was dismissed by the Ninth Circuit Court of Appeals on April 23, 2014, IT IS HEREBY ORDERED THAT Petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   April 13, 2016                              /s/ *Michael J. Seng*
                                                              UNITED STATES MAGISTRATE JUDGE

1